UNITED STATES of America, Plaintiff—Appellee,

v.

Alberto FERRERA–ORTIZ, Defendant—Appellant.

No. 03–10467.

D.C. No. CR–02–00127–RLH/LRL.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2004.*

Decided June 18, 2004.

Daniel G. Bogden, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Thomas F. Pitaro, Las Vegas, NV, for Defendant–Appellant.

Before HAWKINS, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM**

The district court did not err by denying Ferrera–Ortiz's motion to suppress. Based on the totality of the information known to officers at the time of the search, the police had probable cause to believe Ferrera–Ortiz's car contained contraband. *See Illinois v. Gates,* 462 U.S. 213, 238, 103 S.Ct. 2317, 76 L.Ed.2d 527 (1983). The

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

warrantless search was therefore permissible under the automobile exception. *See California v. Acevedo,* 500 U.S. 565, 580, 111 S.Ct. 1982, 114 L.Ed.2d 619 (1991).

AFFIRMED.